Christian N. Bataille
FLANIGAN & BATAILLE
1007 W. 3rd Ave., Ste. 206
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: cbataille@farnorthlaw.com
ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LANE E. VAN ROOYEN )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Defendant. ) | Case No. 3:14-cv-194-HRH |

## <u>DISMISSAL PRIOR TO ANSWER</u>

Lane E. Van Rooyen, by and through counsel, Flanigan & Bataille, and pursuant to FRCP 41(a)(1), hereby dismisses this action against Defendant with prejudice before answer.

Dated this 23rd day of December, 2014.

By:    s/ Christian N. Bataille, AK Bar #8406011

*Dismissal Prior to Answer*
Case No. 3:14-cv-194-HRH
Page 1